HAHN LOESER & PARKS LLP
Michael J. Gleason (SBN 279434)
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
mgleason@hahnlaw.com

Attorneys for Defendants BAM Trading Services Inc. and Brian Shroder

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

JEFFREY LOCKHART, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

BAM TRADING SERVICES INC. and BRIAN SHRODER,

Defendants.

**Case No. 3:22-cv-03461-JSC**

**STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES PURSUANT TO LOCAL RULE 6-2**

Judge: Hon. Jacqueline Scott Corley
Ctrm.: 8

Trial Date: None set

This stipulation and proposed order is entered into by and between plaintiff Jeffrey Lockhart ("Plaintiff") and defendants BAM Trading Services Inc. ("BAM" and Brian Shroder ("Shroder") (collectively "Defendants") by and through their undersigned counsel of record. The parties stipulate as follows:

**WHEREAS,** Plaintiff commenced this action by filing a complaint ("Complaint") on or about June 13, 2022;

**WHEREAS**, this Court issued an Order Setting Initial Case Management Conference and ADR Deadlines on June 16, 2022, amended on June 17, 2022, designating the following deadlines:

- 8/25/2022, last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan. F.R. Civ. P. 26(f) & ADR L.R.3-5



Hahn Loeser & Parks LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 Fax: (619) 810-4301

- 8/25/2022, last day file ADR Certification signed by Parties and Counsel. Civil L.R . 16-8(b) & ADR L.R. 3-5(b)
- 9/8/2022, last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per Standing Order re Contents of Joint Case Management Statement (available at www.cand.uscourts.gov) F.R. CivP 26(a)(1) Civil L.R . 16-9
- 9/15/2022. Initial Case Management Conference (CMC) at 1:30 PM in: Courtroom E, 15th Floor Phillip Burton Federal Building 450 Golden Gate Avenue San Francisco, CA 94102 Civil L.R . 16-10

**WHEREAS**, on July 28, 2022, this Court issued a Notice Continuing the Case Management Conference until September 16, 2022, ordering the Parties to submit a Joint Case Management Statement by September 9, 2022;

**WHEREAS**, the Parties entered and filed a Joint Stipulation pursuant to Rule 6-1 to extend Defendants' time to file any responsive pleading or motion in response to the Complaint until at least thirty (30) days after the Court appoints a lead plaintiff and lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and such lead plaintiff files and serves a consolidated complaint on June 29, 2022;

**WHEREAS**, Defendants intend to file a Motion to Compel Arbitration as soon as the pleadings are settled;

**WHEREAS,** the Parties agree that the Initial Case Management Conference and all related deadlines identified in the Order Setting Initial Case Management Conference and ADR Deadlines should be continued to conserve the Parties' and judicial resources until at least sixty (60) days after the Court appoints a lead plaintiff and lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and such lead plaintiff files and serves a consolidated complaint.

**WHEREAS,** the Parties have previously stipulated to a single extension of time to respond to the Complaint.

**THEREFORE, IT IS HEREBY STIPUALTED AND AGREED,** by and among the respective parties hereto, that:

///

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

1. The Initial Case Management Conference and all related deadlines identified in the Order Setting Initial Case Management Conference and ADR Deadlines shall be continued until at least sixty (60) days after the Court appoints a lead plaintiff and lead counsel pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and such lead plaintiff files and serves a consolidated complaint.

Dated: August 23, 2022

HAHN LOESER & PARKS LLP

By: */s/ Michael J. Gleason*
Michael J. Gleason
Attorney for Defendants BAM Trading Services Inc. and Brian Shroder

Dated: August 23, 2022

ROCHE FREEDMAN LLP

By: */s/ Kyle Roche*
Kyle Roche
Attorney for Plaintiff Jeffrey Lockhart

Hahn Loeser & Parks, LLP
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Tel: (619) 810-4300 · Fax: (619) 810-4301

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The initial case management conference is continued to Dec. 1 at 1:30 p.m. by Zoom videoconference.

DATED: August 24, 2022

THE HONORABLE JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE