| | |
|---|---|
| Kyle Roche (*pro hac vice*) | Tibor L. Nagy, Jr. (*pro hac vice*) |
| Edward Normand (*pro hac vice*) | Gregory N. Wolfe (*pro hac vice*) |
| Joseph Delich (*pro hac vice*) | William LaGrange (*pro hac vice*) |
| Alex Potter (*pro hac vice*) | Diego J. Martinez-Krippner (*pro hac vice* forthcoming) |
| Ivy T. Ngo (SBN 249860) | |
| **ROCHE FREEDMAN LLP** | **DONTZIN NAGY & FLEISSIG LLP** |
| 99 Park Avenue, 19th Floor | 980 Madison Avenue |
| New York, NY 10016 | New York, NY 10075 |
| Tel.: (646) 350-0527 | Tel.: (212) 717-2900 |
| kyle@rochefreedman.com | tibor@dnfllp.com |
| tnormand@rochefreedman.com | greg@dnfllp.com |
| jdelich@rochefreedman.com | dmartinezkrippner@dnfllp.com |
| apotter@rochefreedman.com | |
| ingo@rochefreedman.com | |

*Counsel for Plaintiff Jeffrey Lockhart and
Lead Plaintiff Movant Michiel Nuveen
and Proposed Co-Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY LOCKHART, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAM TRADING SERVICES INC. and BRIAN SHRODER,<br><br>Defendants. | Case No.: 3:22-cv-03461-JSC<br><br>**NOTICE OF WITHDRAWAL OF KYLE W. ROCHE AS COUNSEL**<br><br>Judge: Hon. Jacqueline Scott Corley |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Kyle W. Roche, Esq. of Roche Freedman, LLP ("RF") hereby notifies the Court and all parties that Mr. Roche is no longer involved in RF's class action practice and is therefore withdrawing as counsel of record in this case.

**NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions, correspondence, communications, regarding the above-caption action, should be served on Kyle W. Roche. Any and all future CM/ECF notifications should remain directed towards Edward Normand, Joseph Delich, Alex Potter, and Ivy Ngo, attorneys of record for Lead Plaintiff Jeffrey Lockhart and Lead Plaintiff Movant Michiel Nuveen.

DATED: September 1, 2022            Respectfully Submitted,
                                    **ROCHE FREEDMAN LLP**

                                    /s/ Kyle W. Roche
                                    Kyle W. Roche
                                    99 Park Avenue, 19th Floor
                                    New York, NY 10016
                                    kyle@rochefreedman.com

                                    *Counsel for Plaintiff Jeffrey Lockhart and*
                                    *Lead Plaintiff Movant Michiel Nuveen*
                                    *and Proposed Co-Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2022, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Kyle W. Roche*
Kyle W. Roche