Velvel (Devin) Freedman (*pro hac vice*)
Edward Normand (*pro hac vice*)
Alex Potter (*pro hac vice*)
Niraj Thakker (*pro hac vice*)
Ivy T. Ngo (SBN 249860)
**FREEDMAN NORMAND**
**FRIEDLAND LLP**
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
Tel.: (646) 350-0527
vel@fnf.law
tnormand@fnf.law
apotter@fnf.law
nthakker@fnf.law
ingo@fnf.law

*Counsel for Michiel Nuveen*

Michael J. Gleason (SBN 279434)
Lindsay J. Mertens (SBN 254008)
**HAHN LOESER & PARKS LLP**
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
mgleason@hahnlaw.com
lmertens@hahnlaw.com

*Attorneys for Defendant BAM Trading*
*Services Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BAM Trading Services Inc. Securities Litigation | Case No.: 3:22-cv-03461-JSC<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Order (Dkt. No. 73) requesting a status report by December 1, 2024, the parties write to update the Court that this matter has been resolved. The parties anticipate the remaining Defendant, BAM Trading Services Inc., will be voluntarily dismissed by the end of December 2024.

Dated: November 27, 2024                    Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

*/s/ Alex Potter*
Alex Potter (*pro hac vice*)
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
Tel.: (646) 350-0527
apotter@fnf.law

*Counsel for Michiel Nuveen*

**HAHN LOESER & PARKS LLP**

*/s/ Michael Gleason*
Michael J. Gleason
One America Plaza
600 W. Broadway, Suite 1500
San Diego, CA 92101
Telephone: 619.810.4300
Facsimile: 619.810.4301
mgleason@hahnlaw.com

*Attorney for Defendant BAM Trading Services Inc.*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

  I hereby certify that on November 27, 2024, a copy of the foregoing document was electronically filed using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants. In compliance with Civil Local Rule 5-1(i)(3), I attest that Michael Gleason has concurred in this filing.

             */s/ Alex Potter*
             Alex Potter (*pro hac vice*)