Velvel (Devin) Freedman (*pro hac vice*)
Edward Normand (*pro hac vice*)
Alex Potter (*pro hac vice*)
Niraj Thakker (*pro hac vice*)
Ivy T. Ngo (SBN 249860)
**FREEDMAN NORMAND FRIEDLAND LLP**
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
Tel.: (646) 350-0527
vel@fnf.law
tnormand@fnf.law
apotter@fnf.law
nthakker@fnf.law
ingo@fnf.law

*Counsel for Lead Plaintiff Michiel Nuveen*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re BAM Trading Services Inc. Securities Litigation | Case No.: 3:22-cv-03461-JSC<br><br>**LEAD PLAINTIFF MICHIEL NUVEEN'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT BAM TRADING SERVICES INC.** |

1  PLEASE TAKE NOTICE that Plaintiff Michiel Nuveen hereby voluntarily dismisses Defendant BAM Trading Services Inc. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant BAM Trading Services Inc. has neither filed an answer nor a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: December 10, 2024

Respectfully Submitted,

**FREEDMAN NORMAND FRIEDLAND LLP**

/s/ Alex Potter
Velvel (Devin) Freedman (*pro hac vice*)
Edward Normand (*pro hac vice*)
Alex Potter (*pro hac vice*)
Niraj Thakker (*pro hac vice*)
Ivy T. Ngo (SBN 249860)
10 Grand Central
155 E. 44th Street, Suite 915
New York, NY 10017
Tel.: (646) 350-0527
vel@fnf.law
tnormand@fnf.law
apotter@fnf.law
nthakker@fnf.law
ingo@fnf.law

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  I hereby certify that on December 10, 2024 a copy of the foregoing document was electronically filed using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Alex Potter*
Alex Potter (*pro hac vice*)